■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT DREWRY, Appellant. [737 NYS2d 318] —Appeal from a judgment of Supreme Court, Erie County (Buscaglia, J.),

entered October 1, 1999, convicting defendant upon his plea of guilty of burglary in the third degree (five counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (see, People v Hidalgo, 91 NY2d 733, 737). Present—Green, J.P., Hayes, Scudder, Gorski and Lawton, JJ.